IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER ROBINSON                                                PLAINTIFF
ADC #164517

v.                              No: 2:20-cv-198-DPM

GAYLON LAY, Head Warden, EARU;
A. JACKSON, Deputy Warden, EARU;
DEXTOR PAYNE, Director, ADC;
BILLY STRAUGHN, Deputy Director, ADC;
DAISHA THOMPSON, Classification Administrator;
C. SMITH, Classification, EARU Max;
J. SYKES, Sergeant, EARU Max                                        DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Robinson hasn't filed an amended complaint fleshing out his claim that he's in imminent danger of serious physical injury; and the time to do so has passed. *Doc. 3*; 28 U.S.C. § 1915(g). His motion for leave to proceed *in forma pauperis*, *Doc. 1*, is therefore denied; and his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). If Robinson wants to pursue this lawsuit, then he must pay the $400.00 filing fee and file a motion to reopen by 15 January 2021. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2020