# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHRISTOPHER ROBINSON**                                                    **PLAINTIFF**
**ADC #164517**

v.                                      No: 2:20-cv-198-DPM

**GAYLON LAY, Head Warden, EARU;**
**A. JACKSON, Deputy Warden, EARU;**
**DEXTOR PAYNE, Director, ADC;**
**BILLY STRAUGHN, Deputy Director, ADC;**
**DAISHA THOMPSON, Classification Administrator;**
**C. SMITH, Classification, EARU Max;**
**J. SYKES, Sergeant, EARU Max**                         **DEFENDANTS**

## JUDGMENT

Robinson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_15 December 2020_